IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA HANCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-443-GPM |
| | ) |
| WAL-MART STORES, INC., and THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On June 16, 2009, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The gist of Wal-Mart's motion is that Hancock's ERISA claim is not properly brought against it, her employer, and that Hartford Life and Accident Insurance Company, the co-defendant and Claims Administrator responsible for the decision to deny Hancock's benefits, is the proper party.

In a minute entry on July 16, Magistrate Judge Frazier notes that a stipulation would be filed to dismiss Wal-Mart (*see* Doc. 18). No stipulation has been filed. Pursuant to Southern District of Illinois Local Rule 7.1(c), Hancock's response to the motion was due on or before July 20, 2009. Nothing was filed. Local Rule 7.1(c) warns litigants that "[f]ailure to timely file an answering brief to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."

The Court exercises its discretion, **GRANTS** the motion to dismiss (Doc. 11), and **DISMISSES** Defendant Wal-Mart Stores, Inc. with prejudice. The Clerk of Court shall enter

judgment accordingly at the conclusion of the entire action.

**IT IS SO ORDERED.**

DATED: 08/04/09

                                              s/ *G. Patrick Murphy*
                                              G. Patrick Murphy
                                              United States District Judge